GEORGE S. DASO, as Trustee for THOMAS & BUCKLEY HOISTING COMPANY, Respondent, *v.* UNITED HOISTING Co., INC., Appellant.

(Argued December 10, 1935; decided January 8, 1936.)

*Hiram Thomas, Hugh S. Williamson* and *Edward A. Craighill, Jr.,* for appellant.

*Bartholomew A. Moynahan, George A. Ferris* and *Alexander D. Diamond* for respondent.

Judgment affirmed, with costs, no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.